# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00058-CV

---

### Katrina Smith and Shayla Smith Henderson, Appellants

### v.

### Martin Vaughn, Appellee

---

### FROM THE 424TH DISTRICT COURT OF BLANCO COUNTY
### NO. CV08825, THE HONORABLE EVAN C. STUBBS, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

On February 10, 2025, the parties filed a notice of settlement, stating that Appellants and Appellee reached a settlement agreement at mediation on January 31, 2025. The parties stated they intend to dismiss this appeal once certain terms of the settlement are finalized. Based on the parties' notice, we will abate this appeal for sixty days to allow the parties to finalize their settlement agreement. By April 28, 2025, the parties shall file either a motion to reinstate the appeal, a motion to dismiss the appeal, or a status report accompanied by a motion to extend the abatement.

It is ordered on February 27, 2025.


Before Chief Justice Byrne, Justices Kelly and Ellis

Abated

Filed:   February 27, 2025